IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH SAYLOR**<br>*Plaintiff* | : **CIVIL ACTION**<br>:<br>: **NO. 14-2466** |
| v. | : |
| **GERALD ROZUM,** *et al.*<br>*Defendants* | : |

## O R D E R

**AND NOW**, this 31st day of October 2014, upon careful and independent consideration of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, [ECF 15], the objections filed in response thereto, [ECF 16], the petition for writ of *habeas corpus*, [ECF 1], and the response thereto, [ECF 11], it is hereby **ORDERED**, consistent with the memorandum opinion filed on this day, that:

1. Petitioner's objections to the Report and Recommendation are **OVERRULED**;

2. the Report and Recommendation is **APPROVED** and **ADOPTED**;

3. the petition for writ of *habeas corpus* is **DISMISSED** without prejudice for lack of subject matter jurisdiction; and

3. there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO, J.**